Rosen & Kantrow, PLLC  **Hearing Date: November 30, 2020**
*Proposed Attorneys for Allan B. Mendelsohn, Chapter 7 Trustee*  **Hearing Time: 9:30 a.m.**
38 New Street  **Objection Deadline: November 23, 2020**
Huntington, New York 11743
(631) 423-8527
Fred S. Kantrow, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:  Chapter 7

    SRS CAPITAL FUNDS, INC.  Case No.: 20-72883-reg
    *aka* SRS CAPITAL FUNDS 2 LLC,
    *aka* SRS CAPITAL FUNDS II, LLC,
    *aka* SRS CAPITAL LLC,

                   Debtor.
-----------------------------------------------------------x

## NOTICE OF APPLICATION FOR RETENTION OF
## ROSEN & KANTROW, PLLC AS ATTORNEYS FOR THE CHAPTER 7 TRUSTEE

**PLEASE TAKE NOTICE** that Richard L. Stern, the Chapter 7 Trustee (the "Trustee") in the above-captioned case, by and through his proposed counsel, Rosen & Kantrow, PLLC, shall move before the Honorable Robert E. Grossman, United States Bankruptcy Judge, on **November 30, 2020 at 9:30 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order, substantially in the form of the proposed Order annexed hereto, authorizing the Trustee to retain Rosen & Kantrow, PLLC, as his counsel, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 860 and pursuant to the Bankruptcy Court's Emergency Procedures during the COVID-19 Pandemic.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the application must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with any Administrative Order of the Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect,

Microsoft Word, DOS text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with any Administrative Order of the Court, and upon: (i) Rosen & Kantrow, PLLC, 38 New Street, Huntington, New York 11743, Attn: Fred S. Kantrow, Esq.; and (ii) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722; so as to be received by no later than **4:00 p.m. (prevailing Eastern time) on November 23, 2020**.

**PLEASE TAKE FURTHER NOTICE** that only timely objections made be considered by the Court.

Dated: November 3, 2020  Respectfully submitted,
Huntington, New York

Rosen & Kantrow, PLLC
*Proposed Counsel to Allan B. Mendelsohn,*
*Chapter 7 Trustee*

By:   */s/ Fred S. Kantrow*
Fred S. Kantrow, Esq.
38 New Street
Huntington, New York 11743
Tel: (631) 423-8527
fkantrow@rkdlawfirm.com