**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re

SRS CAPITAL FUNDS, INC.,                    Chapter 7
                                            Case No. 8-20-72883 (REG)
                    Debtor.
---------------------------------------------------------------x

**LIST CONTAINING THE NAME AND ADDRESS OF EACH ENTITY TO BE INCLUDED ON SCHEDULES D, E/F, G AND H PURSUANT TO RULE 1007(a)(2) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Adam Goller
136 Oak St
Woodmere, NY  11598-2645


Akiva Egozi Revocable Trust
7572 Andorra Pl
Boca Raton, FL  33433-4958


Ari Jacoby
108 E 37th St
New York, NY  10016-3031


AZB Retirement Ventures LLC
7572 Andorra Pl
Boca Raton, FL  33433-4958


Bennett Schachter
43 Dover Ct
Bergenfield, NJ  07621-3943


Chase Bank USA, N.A.
Cardmember Services
PO Box 15153
Wilmington, DE  19866-5153

Continuum Capital LLC
7572 Andorra Pl
Boca Raton, FL  33433-4958


Daniel Altmark
29/2 Nachal Refaim
Bet Shemesh, Israel


Daniela Seidner
37 Engel St.
Apt. 17, 4th floor
Kefar


Donny Cohen
7200 Camino Real Ste 200
Boca Raton, FL  33433-5511


Dr Anthony Goldberg
Apartment 2,
41 Harav Berlin,
Jerusale


Eliezer Langer
2218 Farringdon Rd
Baltimore, MD  21209-2704


Ely & Rebecca Allen
173 Dana Pl
Englewood, NJ  07631-3628


Evan Hochstein
811 Avenue N
Brooklyn, NY  11230-5717

Elisheva and Harris Goldstein
408 Edgewood Avenue
Teaneck, NJ  07666


Insticator Inc
2 Park Ave Fl 10
New York, NY  10016-5604


Irving Weiss
1164 Norton Dr
Far Rockaway, NY  11691-1739


Jonathan Altmark
547 Halevy Dr
Cedarhurst, NY  11516-1038


Joshua Grajower
31 Lee Pl
Bergenfield, NJ  07621-4216


Kasowitz Benson Torres LLC
1633 Broadway
New York, NY  10019-6708


Lee Gherman
13608 71st Rd
Flushing, NY  11367-1943


Marc Frohlich
7100 Camino Real Ste 303
Boca Raton, FL  33433-5510


Moshe Weis
Heler Chaim 3/7
Jerusalem, Israel
9372

Nussbaum Sales Corp.401K Pft.Sh.Plan FBO
8-04 Susan Pl
Fair Lawn, NJ  07410-1616


Oren Hizkiya
813 Diplomat Pkwy
Hallandale Beach, FL  33009-3715


Pensco
29 Woodmere Blvd Apt 2E
Woodmere, NY  11598-2103


Preston Harris Group
60 Broad St Ste 3502
New York, NY  10004-2356


PrivCap
7200 Camino Real Ste 200
Boca Raton, FL  33433-5511


Robert Nacher
Nachal Katlav 7
Apartment 10
Ramat Bei


Ron Reiter
Frishman 46, apt 701
Tel Aviv, Israel 6


SAAJ Holding LLC
8674 Palermo St
Hollis, NY  11423-1220

Shaya Semel
841 E Sierra Vista Dr
Phoenix, AZ  85014-1255


Sidney Glanz
614 Colonade Rd
West Hempstead, NY  11552-3102


Simon Baum
11/2 Nachal Alexander
Ramat Bet Shemesh, Israel


Steven Glanz
Nachal Achziv 6/4
Bet Shemesh, Israel


Zackary Dugow
2 Park Ave Fl 10
New York, NY  10016-5604


Zohar, LLC
105 Southmoor Dr
Denver, CO  80220-5957

## DECLARATION UNDER PENALTY OF PERJURY

I, Joseph Schulman, an officer of the debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have read the foregoing list of creditors for which the debtor has mailing addresses, consisting of 5 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: November 4, 2020

_____
Joseph Schulman

06657