DOCUMENTS

1. A copy of any and all bank statements for any and all accounts maintained by the Debtor for the period commencing with September 1, 2016 up to and including the current date.

2. A copy of any and all documents related to the preparation of the 2019 Federal Tax Returns for the Debtor.

3. A copy of any and all documents related to the preparation of the 2018 Federal Tax Returns for the Debtor.

4. A copy of any profit/loss statements; balance sheets; etc, for the Debtor for the period commencing with September 1, 2016 up to and including the current date.