The Kantrow Law Group, PLLC
*Attorneys for Allan B. Mendelsohn, Chapter 7 Trustee*
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Fred S. Kantrow, Esq.
516 450 7745

UNITED STATES BANKRUPTCY COURT     RETURN DATE: **3/1/21**
EASTERN DISTRICT OF NEW YORK     TIME: **9:30 a.m.**
-------------------------------------------------------------------X
In re:

                                                                             Chapter 7

SRS CAPITAL FUNDS, INC.,                               Case No.: 20-72883-reg
*aka* SRS CAPITAL FUNDS 2 LLC,
*aka* SRS CAPITAL FUNDS II, LLC,
*aka* SRS CAPITAL LLC,

                                       Debtor.
-----------------------------------------------------------------------X

**NOTICE OF TRUSTEE'S APPLICATION SEEKING AUTHORIZATION TO
ADVANCE CERTAIN EXPENSES TO TRUSTEE'S SPECIAL COUNSEL**

**PLEASE TAKE NOTICE** that Allan B. Mendelsohn, the chapter 7 trustee (the "Trustee"), by and through his attorneys, The Kantrow Law Group, PLLC, shall move before the Hon. Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 860, on **MARCH 1, 2021 at 9:30 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order, substantially in the form of the proposed Order annexed hereto, authorizing the Trustee to advance to Joseph I. Sussman, the Trustee's Court retained special counsel, those expenses advanced as set forth in the Application, pursuant to the Bankruptcy Court's COVID-19 National Emergency Procedures as set forth on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the application, must be in writing and must be served upon the Trustee's counsel, The Kantrow Law Group, PLLC, 6901 Jericho Turnpike, Suite 230, Syosset, New York 11791 to the attention of Fred S. Kantrow, Esq,; and the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722 to the attention of Stan Y. Yang, Esq; with a hard copy directed to the Court; and must conform to

the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with the Administrative Orders of this Court, be registered users of the Bankruptcy Court's electronic case filing system and, by all other parties in interest by the appropriate electronic delivery method by not later than **February 22, 2021.**

**PLEASE TAKE FURTHER NOTICE** that only timely objections may be considered by the Court.

Dated: Syosset, New York
       February 2, 2021

                          The Kantrow Law Group, PLLC
                          Attorneys for Allan B. Mendelsohn

               BY:    <u>S/Fred S. Kantrow</u>
                          Fred S. Kantrow
                          6901 Jericho Turnpike, Suite 230
                          Syosset, New York 11791
                          516 450 7745
                          fkantrow@thekantrowlawgroup.com